The Honorable Henry E Autrey
United States District Judge


8/24/2025

Dear Sir,

 My name is Sameera Harpalani, and I am writing this letter in support of my husband, **Gautam Jayaswal**, with whom I have shared 30 years of marriage. Gautam moved to the United States shortly after our wedding and began his medical residency program in Pennsylvania. From the very beginning, I witnessed his unwavering dedication and tireless work ethic as he pursued his professional goals.

Gautam has always had a deep passion for learning, especially within his field. His pursuit of knowledge has never been about recognition or accolades—it stems from a genuine love of education and a desire to serve others. He is a humble, introverted man who finds joy in reading and quiet reflection.

He prefers to live a simple life, and never seeks attention or indulges in showmanship or luxuries.  He walks to the beat of own drum out of authenticity.

Beyond his professional qualities, he is a compassionate family guy. He has always taken good care of me and my family.  He has consistently prioritized the well-being of our family, offering care and support.

It is deeply painful to see Gautam facing this regrettable situation. I know he is truly remorseful, and I ask that you consider this incident in the broader context of his character. This moment does not define who he is, and I wholeheartedly vouch for his integrity and humility.

Thank you for your time and consideration.

Sincerely,

Sameera Harpalani


EXHIBIT

A