To,

Judge Henry E. Autrey

From:
Sishir Modi,
Business Consultant

Honorable Judge Autrey,

Dr Gautam Jayaswal has asked me to write a character letter for him, and I am delighted to do so. I have known him since the mid 1960's when we were both in grade 1 in St. Xavier's School in small town Ranchi in eastern India. We have shared many memories of joy and sorrow together, from childhood into adulthood and now in our mid 60's. I can proudly say that my good friend passes the test of a principled moral character and is a great physician. All of my family including my two older brothers and my aged mother think highly of him.

I pray that you will consider granting him a lenient sentence.

Sishir Modi

17th August, 2025

EXHIBIT

B

exhibitsticker.com