Docusign Envelope ID: DE693943-8C0F-4A93-863A-034CDFC9B35B



Honorable Henry E. Autrey
United States District Judge:

Re: Dr. Gautam Jayaswal

I am writing to confirm the medical practice dates and locations during and at which Dr. Gautam Jayaswal worked as a contracted physician for Concord Medical Group.

His time spent with us was from September 1, 2022, through May 30, 2023. He worked as a contracted ER physician serving in rural hospitals in the north Texas area. Those hospital locations were:

- Haskell Memorial Hospital in Haskell, TX
- Clay County Memorial Hospital in Henrietta, TX
- Stephens Memorial Hospital in Breckenridge, TX
- Olney-Hamilton Hospital in Olney, TX
- Limestone Medical Center in Groesbeck, TX

The care he provided to patients in these rural communities was clinically sound, competent, and compassionate.

Please let me know if I can assist in any other way.

Sincerely,

Signed by:

*Dr. John Jones, MD*

ABE03437F4D04F2...

**John Jones, MD**
*Chief Medical Officer*
Concord Medical Group





EXHIBIT

K