*United States District Court*
*Eastern District of Missouri*
*111 S. 10th Street, Rm.3.300*
*St. Louis, Missouri 63102*

*Nathan Graves*
*Clerk of Court*
*Phone: 314-244-7900*

**IN RE: THE BUSINESS OF THE COURT**

# <u>ORDER</u>

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/A 44132 Mercure Circle, PO BOX 1243, Sterling, VA 20166-1243.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Ali, Asim Muhammed | 573229178 | 4:20CR-00098-001 | 09/08/2025 |
| Hernandez, Jimmy | 658418010 | 4:22CR-00504-001 | 08/11/2025 |
| Brown, Elisa | 576307991 | 4:23CR-00065-001 | 07/22/2025 |
| Jayaswal, Gautam | 512166241 | 4:23CR-00236-001 | 09/04/2025 |
| Wilds, Gary | 582801765 | 4:23CR-00595-001 | 09/30/2025 |
| Ruyle, Thomas | 487746254 | 4:24CR-00168 | 07/17/2025 |
| Fuller, Terrance | 588985642 | 4:23CR-00621-004 | 09/04/2025 |
| Bell, Jemyla | 661318875 | 4:24CR-00138-002 | 08/20/2025 |
| Fouse, Joelle | A39186403 | 4:24CR-00524 | 09/18/2025 |
| Hadley-Lockett, Exyrius | 535616571 | 4:24CR-00598-001 | 07/28/2025 |
| Foster, Scott | A24784117 | 4:25CR-00071 | 08/14/2025 |
| Dixon, Alphonso | A02918139 | 4:25CR-00115-001 | 09/10/20025 |
|  |  | Amended Judgment | 09/30/2025 |
| Sanders, Eunice | 578869770 | 4:25CR-00173-001 | 09/18/2025 |
|  |  | Amended Judgment | 09/23/2025 |
| Gul, Nadeem | 500865045 | 4:22CR-00496-001 | 09/08/2025 |
| Passport Card | C07115127 |  |  |

Dated this 8th day of October 2025

_____SL R. CR_____

Stephen R Clark
Chief United States District Judge